UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PEGGY M. HAIRSTON ROBINSON,
ET AL.

VERSUS

OFFICE OF FINANCIAL
INSTITUTIONS, ET AL.

CIVIL ACTION

NO. 07-958-JJB

## ORDER

IT IS ORDERED that plaintiff's motion for relief from order (doc. 48) be DENIED. The court has ruled on the issues multiple times. Plaintiffs assert the same arguments. The court lacks federal question jurisdiction over the claims against Irving and the state law claims are not sufficiently related to the claims against the other defendants to support supplemental jurisdiction. Ms. Robinson is cautioned against filing further repetitive, vexious pleadings. See 28 U.S.C. §1927.

Baton Rouge, Louisiana, May 22nd, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA