UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PEGGY M. HAIRSTON ROBINSON,
ET AL.

VERSUS

STATE OF LOUISIANA, ET AL.

CIVIL ACTION

NO. 07-985-JJB

RULING ON MAGISTRATE REPORT

On August 13, 2008, the magistrate judge issued a Report recommending that plaintiffs' complaint be dismissed as to sixteen of the defendants pursuant to Rule 4(m). Plaintiffs have filed an objection and have additionally sought default judgment against many of these same defendants. A response has been filed by Sheriff Sid Gautreaux, one of the sixteen defendants affected by the Report.

Having carefully considered the Report, the record and the arguments of the parties, the court hereby APPROVES and ADOPTS the Report and Recommendation. Plaintiffs have been given repeated and prolonged opportunities to perfect service and they have failed to present evidence of such.[1] No further extensions are warranted. The court's ruling herein moots the motion for default judgment.

Accordingly,

IT IS ORDERED that the claims against the following defendants be and are hereby DISMISSED for failure to timely perfect service: State of Louisiana, through Office of Financial Institutions and their Risk Management Insurer; unidentified State

---

[1] The "proof of service" submitted by plaintiffs obviously includes altered copies (as discussed by the magistrate judge) as well numerous copies of summones that were not even executed by the Clerk's Office.

1

Risk Management Insurer; Kathleen Blanco; John Travis, Ann Lemenager, Darin Domaingue, Lane Bennett, James Robillard, Steve Waters, Timothy Baines, Dianne Hawkins, Anthony Hicks, Katheryn Hicks, Kimberly Knight, Doug Moreau and Sid Gautreaux.[2]

Baton Rouge, Louisiana, September 22nd, 2008.

_____
JAMES J. BRADY
DISTRICT JUDGE

---

[2] The court observes that Scott Johnson, Paul Malancon and the Honorable John Ducrest were not named as defendants and no summons has been issued for them.  The EBR Parish Sheriff's Department is not a legal entity subject to suit.

2