UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PEGGY M. HAIRSTON ROBINSON,
ET AL.

VERSUS

STATE OF LOUISIANA THROUGH
OFFICE OF FINANCIAL INSTITUTIONS,
ET AL.

CIVIL ACTION

NO. 07-958-JJB

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2008 DEC -9 P 2: 25

BY DEPUTY CLERK

## RULING AND ORDER

This matter is before the court on plaintiffs' motion for new trial (doc. 103) under Fed. Rule Civ. P. 60. Oppositions have been filed by Hancock Bank (doc. 106) and the Sheriff and the Sheriff's Department (doc. 107). There is no need for oral argument.

The court has previously denied a motion by plaintiffs for new trial, as amended (doc. 92 and 95). Plaintiffs' arguments are repetitious and vexatious. It is questionable whether the court retains jurisdiction over some of the arguments considering the numerous notices of appeals filed by plaintiffs. Additionally, plaintiffs attempt to interject matters that are not properly before the court. Moreover, the court agrees with defendants that plaintiffs' arguments are baseless.

Accordingly, the motion for new trial is hereby DENIED. Plaintiff is hereby placed on notice that any further such motions shall result in plaintiffs being required to satisfy personally the excess costs, expenses and attorney's fees incurred by


c: Operations
DG

1

defendants because of such vexatious filings.  See, 28 U.S.C. §1927.

The clerk's office shall not accept any additional filings from plaintiffs without having first obtained court approval.  No additional filings will be accepted absent a showing of good cause.

Baton Rouge, Louisiana, December 9th, 2008.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA